# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

**UNITED STATES OF AMERICA**  :
:
v. :
: Case No. 5:05-CR-24(HL)
**KENNETH OBYREN WHITEHEAD,** :
:
Defendant. :
_____

# ORDER

On May 26, 2009, the Court received a letter from John T. Rathman, Warden of the Federal Detention Center, Miami, Florida, regarding Defendant Kenneth Obyren Whitehead. (Doc. 53). Pursuant to an order entered on April 17, 2009, Defendant has been committed to the custody of the Bureau of Prisons for a psychiatric examination. According to Warden Rathman, Defendant did not arrive at the Federal Detention Center until May 12, 2009. He has requested that the forty-five-day evaluation period commence from the date of Defendant's arrival at the facility. By the Court's calculation, the adjusted period of examination would end on June 26, 2009.

It is in both the parties' and the Court's interests for Defendant to be thoroughly examined. So that the Bureau of Prison's psychologists and psychiatrists have sufficient time to finish Defendant's evaluation, the Court orders that Defendant be committed to the Bureau of Prisons for examination until June 26, 2009. If counsel for Defendant or the Government objects to the Court's decision, he is to notify the Court

in writing within three days of the entry of this Order. A copy of this Order is to be served on Warden John T. Rathman at the following address: United States Department of Justice, Federal Bureau of Prisons, Federal Detention Center, 33 NE 4th Street, Miami, Florida 33132.

    **SO ORDERED**, this the 1st day of June, 2009.


                          *s/ Hugh Lawson*
                          **HUGH LAWSON, SENIOR JUDGE**

mbh