IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | |
| | : | Case No. 5:05-CR-24(HL) |
| KENNETH OBYREN WHITEHEAD, | : | |
| | : | |
| Defendant. | : | |

## ORDER

On August 6, 2010, Defendant filed a Motion for Hearing on Petition for Supervised Release Revocation (Doc. 66). In the Motion, Defendant requests that the Court set a hearing on the petition for revocation of Defendant's supervised release.

The Government is ordered to respond to the Motion for Hearing on or before August 20, 2010.

**SO ORDERED**, this the 11th day of August, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh